UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CENTURY INSURANCE AGENCY, INC.          CIVIL ACTION

VERSUS                                  NO. 07-7033

TRAVELERS PROPERTY CASUALTY             SECTION "N" (1)
COMPANY, ET AL.

## ORDER AND REASONS

Before the Court is Plaintiff's **Motion for Jury Trial (Rec. Doc. 5)**, which was opposed by Defendant Travelers Property Casualty Insurance Company ("Travelers"). After considering the memoranda filed by the parties, the Court grants the motion.

Plaintiff Century Insurance Agency, Inc. ("Century") has made a jury trial request, which is admittedly untimely. Travelers filed its answer on November 20, 2007 (Rec. Doc. 4); however, Century did not file its motion for a jury trial until December 22, 2007 (Rec. Doc. 5), more than ten days after the answer was filed. In the motion, Century requests that the Court exercise its discretion under Rule 39 of the Federal Rules of Civil Procedure to allow the untimely demand because the issues in the litigation are related to Hurricane Katrina, which Century claims are best tried to a jury; because the length of the delay in making the request was minimal; because no deadlines or trial date have been set; and because granting such request will result in no prejudice to Travelers.

Travelers claims the Court should deny Century's motion because Century did not offer a reason why its demand was untimely. Travelers cites *Farias v. Bexar County Bd. of Trustees*, 925

F.2d 866 (1991), wherein the Fifth Circuit reasoned that despite the general rule that a court should grant a jury trial in the absence of strong and compelling reasons to the contrary, it is not an abuse of discretion for a district judge to deny a Rule 39(b) motion when the failure to make a timely jury demand results from mere inadvertence.

Despite the fact that Century has offered no reason for its untimely jury demand, the Court finds that the delay was minimal. Because no trial or pre-trial dates have yet to be set, Travelers will not be adversely affected by the granting of this motion.

Considering the foregoing, **IT IS ORDERED** that Plaintiff's **Motion for Jury Trial (Rec. Doc. 5)** is **GRANTED**.

New Orleans, Louisiana, this 11th day of February, 2008.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**